CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Roanoke
MAY 08 2013
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUSSELL BROWNING, | ) CASE NO. 7:13CV00203 |
| | ) |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| v. | ) |
| | ) |
| ADMINISTRATION AND STAFF AT | ) |
| KEEN MOUNTAIN CORR. CENTER, | ) By: Norman K. Moon |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion for temporary restraining order is **DENIED**; the pleading is also **CONSTRUED** as a civil rights action under 42 U.S.C. § 1983 and **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 8th day of May, 2013.

/s/ Norman K. Moon
United States District Judge